IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-491-RJC-DCK

| | |
|---|---|
| MIA JONES, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **ORDER**<br>) |
| BANK OF AMERICA, N.A., et al., | )<br>) |
| Defendants. | )<br>) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) filed by Jean S. Martin, concerning Nina R. Gliozzo, on August 11, 2023. Nina R. Gliozzo seeks to appear as counsel *pro hac vice* for Plaintiff. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 3) is **GRANTED**. Nina R. Gliozzo is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 11, 2023

David C. Keesler
United States Magistrate Judge