# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CASE NO.  3:23-CV-491-RJC-DCK

| | | |
|---|---|---|
| MIA JONES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **BANK OF AMERICA, N.A., et al.,** | ) | |
| | ) | |
| **Defendants**. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) filed by Jean S. Martin, concerning Dena C. Sharp, on August 11, 2023.  Dena C. Sharp seeks to appear as counsel *pro hac vice* for Plaintiff.  Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 5) is **GRANTED**.  Dena C. Sharp is hereby admitted *pro hac vice* to represent Plaintiff.

**SO ORDERED**.

Signed: August 11, 2023

David C. Keesler
United States Magistrate Judge