**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-491-RJC-DCK**

| | | |
|---|---|---|
| **MIA JONES, on behalf of herself and all other similarly situated,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **ORDER** |
| **BANK OF AMERICA, N.A., BANK OF AMERICA CORPORATION, and DOES 1-10,** | ) ) ) | |
| **Defendants.** | ) ) | |

      **THIS MATTER IS BEFORE THE COURT** on "Defendants' Consent Motion To Stay The Deadline to Respond To Plaintiff's Class Action Complaint" (Document No. 21) filed August 25, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and noting Plaintiffs' consent, the undersigned will <u>grant</u> the motion.

      **IT IS, THEREFORE, ORDERED** that "Defendants' Consent Motion To Stay The Deadline to Respond To Plaintiff's Class Action Complaint" (Document No. 21) is **GRANTED**. Defendants' deadline to file an Answer or other response to Plaintiff's "Class Action Complaint" (Document No. 1) is **STAYED** pending a decision by the Court on the "…Motion To Consolidate…" (3:23-CV-422-MOC-DCK, Document No. 26).

      **SO ORDERED**.

Signed: August 25, 2023

David C. Keesler
United States Magistrate Judge